UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAX E. JOSEPH,

        Plaintiff,

-vs-                                        Case No. 6:05-cv-1695-Orl-19DAB

STATE MUTUAL LIFE INSURANCE
COMPANY OF AMERICA, et al.,

        Defendants.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. No. 8)** |
| **FILED:** | **December 22, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**. Plaintiff has demonstrated no basis for reconsideration of the Court's Order of December 12, 2005 (Doc. No. 6).

**DONE AND ORDERED** in Orlando, Florida this ___3rd____ day of January, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 12/30
Max E. Joseph